FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CASTELLANO, | NO. SA CV 0871-SVW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| LARRY SMALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 3/3/2010

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE